No. 332. JACOB GLOS ET AL., PLAINTIFFS IN ERROR, *v.* WILLIAM L. O'CONNELL, COUNTY TREASURER, ETC., ET AL. In error to the Supreme Court of the State of Illinois. Motion to dismiss submitted November 17, 1913. Decided December 1, 1913. *Per Curiam.* Dismissed for the want of jurisdiction, on the authority of *Jacob Glos* v. *The City of Chicago &c.,* 226 U. S. 599, and authorities there cited. Submitted by the plaintiffs in error, *pro se. Mr. George Gillette* for the defendants in error.

———

No. 48. WILLIAM RABB, PLAINTIFF IN ERROR, *v.* THE STATE OF LOUISIANA. In error to the Criminal District Court for the Parish of Orleans, State of Louisiana. Submitted November 6, 1913. Decided December 1, 1913. *Per Curiam.* Affirmed, with costs, upon the authority of *Foppiano* v. *Speed,* 199 U. S. 501. *Mr. Paul A. Sompayrac* for the plaintiff in error. *Mr. R. G. Pleasant* for the defendant in error.